UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Gina M. Skidds

       v.                                      Case No. 05-cv-383-SM

Jo Anne B. Barnhart, Commissioner
Social Security Administration


O R D E R

    Judgment shall be entered affirming the decision of the Administrative Law Judge on remand, dated December 15, 2006, and the case closed.


    SO ORDERED.


December 26, 2006                                            _____
                                                                   Steven J. McAuliffe
                                                                   Chief Judge


cc:       Maureen A. Howard, Esq.
           David L. Broderick, Esq.